Exhibit "A"

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERKINS, MICHAEL | | | Reg #: | 19027-104 |
| Date of Birth: | 10/29/1959 | Sex: M | Race: WHITE | Facility: | MIA |
| Note Date: | 12/07/2020 10:11 | Provider: | Alarcon, Inerio MD/CD | Unit: | D01 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1            Provider:   Alarcon, Inerio MD/CD

        Clinical update from attending physician at LCH.
        #Pneumonia/ pneumonitis
        #COVID19 infection
        #Acute respiratory alkalosis
        #Leukopenia/Trombocitopenia likely secondary to COVID 19 infection
        #Hyponatremia (Reserved)
        #DM/Hyperglycemia

        Plan:
        #COVID19 pneumonitis/ pneumonia
        #upper respiratory infection vs bronchitis
        #Acute respiratory alkalosis
        -COVID 19 IgG and IgM positive
        -COVID 19 NAA (12/5/2020) pending results
        -inflammatory marker D-dimer 3579,CRP 6.5,Ferritin 799 (12/5/2020)
        -Lovenox 40 units s/c q24h
        -continue monitoring inflammatory marker q48 hrs
        -Decadron 10mg IV q24h
        -currently saturating 97%, on the room air
        -continue monitoring o2 saturation if saturation is less than 92% O2 supplementation via NC
        -Convalescent Plasma therapy after positive Covid PCR is positive
        -Vitamin C 500mg po q24h,
        -Zinc Dec/7 ( 24hrs after xofluza)
        -Xofluza on 12/5/2020
        -Influenza A&B: negative
        - Mycoplasma, Legionella, Strep test pending results
        -Continue monitoring vs q8
        #Leukopenia, Trombocitopenia likely secondary to COVID 19 infection
        -WBC 3.4, PLT 126, %Neut 71.1
        -Continue monitoring with CBC

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Alarcon, Inerio MD/CD on 12/07/2020 10:13

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERKINS, MICHAEL | | Reg #: | 19027-104 |
| Date of Birth: | 10/29/1959 | Sex: M   Race: WHITE | Facility: | MIA |
| Encounter Date: | 12/05/2020 17:52 | Provider: Cavalcanti, Selenia RN | Unit: | D01 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

   COMPLAINT 1     Provider: Cavalcanti, Selenia RN
     Chief Complaint: Dizziness
     Subjective: Inmate complaints of dizziness and SOB.
     Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/05/2020 | 18:07 MIA | 98.4 | 36.9 | Forehead | Cavalcanti, Selenia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/05/2020 | 18:07 MIA | 93 | Via Machine | | Cavalcanti, Selenia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/05/2020 | 18:07 MIA | 16 | Cavalcanti, Selenia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/05/2020 | 18:07 MIA | 91/59 | Left Arm | Sitting | Adult-regular | Cavalcanti, Selenia RN |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 12/05/2020 | 18:07 MIA | 202 | Random | | Cavalcanti, Selenia RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/05/2020 | 18:07 MIA | 92 | Room Air | Cavalcanti, Selenia RN |

**Exam:**

  **General**
    **Affect**
      Yes: Cooperative, Flat
    **Appearance**
      Yes: Alert and Oriented x 3, Lethargic
    **Nutrition**
      Yes: Within Normal Limits
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
    **Auscultation**

| | | |
|---|---|---|
| Inmate Name: PERKINS, MICHAEL | | Reg #: 19027-104 |
| Date of Birth: 10/29/1959 | Sex: M   Race: WHITE | Facility: MIA |
| Encounter Date: 12/05/2020 17:52 | Provider: Cavalcanti, Selenia RN | Unit: D01 |

      Yes: Diminished Breath Sounds

### Cardiovascular

#### Observation

      Yes: Tachycardia

## ASSESSMENT:

    Other

Inmate sent to Health Service after inmate fell inside the cell. Inmate symptomatic COVID-19 positive complaints of dizziness and SOB, cough and lose consciousness when he fell. Mild redness and swelling noted on left cheek. No other signs of trauma noted. Assessment and vital signs done. Physician 1 contacted and verbal order received and read back. Inmate to be transferred to Larkin Hospital for further evaluation and treatment.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed
Transfer to Local Hospital

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/05/2020 | Counseling | Access to Care | Cavalcanti, Selenia | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Cavalcanti, Selenia RN on 12/05/2020 18:24
Requested to be cosigned by Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Chipi, Martha MD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERKINS, MICHAEL | | | | Reg #: | 19027-104 |
| Date of Birth: | 10/29/1959 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 12/05/2020 17:52 | Provider: | Cavalcanti, Selenia RN | | Facility: | MIA |

**Reviewed by Chipi, Martha MD on 12/07/2020 09:32.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERKINS, MICHAEL | | | Reg #: 19027-104 |
| Date of Birth: 10/29/1959 | Sex: M  Race: WHITE | | Facility: MIA |
| Encounter Date: 12/01/2020 11:02 | Provider: Hong, D. PA-C | | Unit: D01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Hong, D. PA-C
   Chief Complaint: Other Problem
   Subjective: inmate tested pos for covid -19.
   Pain: Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/01/2020 | 11:03 MIA | 104.0 | 40.0 | | Hong, D. PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/01/2020 | 11:03 MIA | 69 | | | Hong, D. PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/01/2020 | 11:03 MIA | 132/75 | | | | Hong, D. PA-C |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
  **Skin**
    **General**
      Yes: Dry, Skin Intact
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation
      No: Crackles, Rhonchi, Wheezing
  **Cardiovascular**
    **Auscultation**
      Yes: Normal S1 and S2
      No: M/R/G
  **Abdomen**
    **Auscultation**
      Yes: Normo-Active Bowel Sounds
      No: Arterial Bruits

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Current

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERKINS, MICHAEL | | | Reg #: | 19027-104 |
| Date of Birth: 10/29/1959 | Sex: M Race: WHITE | | Facility: | MIA |
| Encounter Date: 12/01/2020 11:02 | Provider: Hong, D. PA-C | | Unit: | D01 |

**PLAN:**

**Disposition:**
   Placed in Quarantine
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/01/2020 | Counseling | Plan of Care | Hong, D. | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Hong, D. PA-C on 12/01/2020 12:41

# Bureau of Prisons
## Health Services
### Inmate Local Hospital

Reg #: 19027-104                              Inmate Name: PERKINS, MICHAEL

SENSITIVE BUT UNCLASSIFIED -- This information is confidential and must be appropriately safeguarded.

TB Clearance: Yes

| | |
|---|---|
| Last PPD Date: 03/05/2020 | Induration: 0mm |
| Last Chest X-Ray Date: | Results: |
| TB Treatment: | Sx free for 30 days: Yes |
| TB Follow-up Recommended: No | |

Transfer To: Larkin Hospital                  Transfer Date: 12/05/2020

Health Problems

| Health Problem | Status |
|---|---|
| Type 2 diabetes mellitus | Current |
| Hyperlipidemia, unspecified | Current |
| Confirmed case COVID-19 | Current |
| Encounter for exam for admission to prison without abnormal findings | Current |

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**Atorvastatin 10 MG Tab  Exp: 10/28/2021  SIG: Take one tablet (10 MG) by mouth at bedtime for control of cholesterol**

**metFORMIN HCl  500 MG Tab  Exp: 10/28/2021  SIG: Take one tablet (500 MG) by mouth three times a day for control of diabetes**

OTCs: Listing of all known OTCs this inmate is currently taking.
   None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 03/05/2021 | 00:00 | PPD Administration | Nurse |
| 12/05/2020 | 17:53 | Clinical Encounter | Cavalcanti, Selenia RN |

Non-Medication Orders:

| Order Name | Status | Frequency | Duration | Order Date | Details |
|---|---|---|---|---|---|
| EKG | Transcribed Not Complete | One Time | | 10/27/2020 | |

Active Alerts:
   No Data Found

Consultations:
Pending Institutional Clinical Director Action
   No Data Found

Pending UR Committee Action
   No Data Found

Pending Regional Review Action
   No Data Found

Pending Scheduling
   Consultation/Procedure Requested: Optometry
                     Subtype: Optometry
                     Location: OnSite
           Ordered Date: 10/28/2020
       Scheduled Target Date: 10/07/2021
           Level Of Care: Medically Acceptable-Not Always

| Reg #:   19027-104 | Inmate Name:   PERKINS, MICHAEL |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Reason for Request: Annual screening
Provisional Diagnosis: DM

**Pending Consultation**
No Data Found

**Pending Results**
No Data Found

Sickle Cell:
Sickle Cell Trait/Disease:   No

Limitations/Restrictions/Diets:
Cleared for Food Service: Yes

Comments:
COVID-19 positive and symptomatic. Cough, SOB, dizziness, hypotensive.

Allergies
No Known Allergies

Devices / Equipment
Eye Glasses

Travel:
Direct Travel: No
Travel Restrictions:   None

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution: MIAMI FCI          Phone Number: 3052592100
Address 1: 15801 S.W. 137TH AVENUE
Address 2:
City/State/Zip: MIAMI, Florida 33177

Name/Title of Person Completing Form: Cavalcanti, Selenia RN          Date:   12/05/2020

Inmate Name:   PERKINS, MICHAEL          Reg #:   19027-104   DOB:   10/29/1959   Sex:   M